# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHERRI PEGUES,<br>　　　Plaintiff,<br><br>　　　v.<br><br>RAYTHEON SPACE AND<br>AIRBORNE SYSTEMS, et al.,<br>　　　Defendants. | Case No. CV 17-5420 DSF (GJSx)<br><br>JUDGMENT |

　　This matter was tried before this Court, sitting without a jury, on March 12 and March 13, 2019. Pursuant to the Court's Findings of Fact and Conclusions of Law,

　　IT IS ORDERED AND ADJUDGED that Plaintiff take nothing, that the action be dismissed with prejudice, and that Defendant recover costs of suit pursuant to a bill of costs filed in accordance with 28 U.S.C. § 1920.

Date: July 16, 2019

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　Dale S. Fischer
　　　　　　　　　　　　　　　　　United States District Judge